IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Richard Damron, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Curt Faus Corporation,<br><br>Defendant.<br>_____ | Case. No. 1:21-cv-00008<br><br>ORDER GRANTING MOTION TO APPEAR PRO HAC VICE AS TO Kevin J. Stoops |

ORDER GRANTING MOTION
TO APPEAR PRO HAC VICE

The Court GRANTS the Motion of Kevin J. Stoops to Appear Pro Hac Vice.

| | |
|---|---|
| Name of Attorney: | Kevin J. Stoops |
| Firm Name: | Sommers Schwartz, P.C. |
| Firm Address: | One Towne Square, Suite 1700<br>Southfield, MI 48076 |
| Attorney CM/ECF Primary email address: | kstoops@sommerspc.com |
| Firm Telephone: | 248-355-0300 |
| Party Represented | Plaintiff, Richard Damron |

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, ___January 8, 2021_____



_____
Kenneth J. Mansfield
United States Magistrate Judge