# UNITED STATES DISTRICT COURT
# DISTRICT OF HAWAII

| | |
|---|---|
| **RICHARD DAMRON**, on behalf of herself and others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>**CURT FAUS CORPORATION**,<br><br>  Defendant. | Case No.: 1:21-CV-00008-KJM<br><br>Hon. Kenneth J. Mansfield |

## ORDER OF COURT

Upon consideration of the Parties' Joint Motion to Approve Settlement, it is hereby ORDERED this 16th day of March, 2021 that said Motion is GRANTED. The Parties' Settlement Agreement falls within the range of reasonableness, and the Court finds the settlement to be fair, reasonable, and adequate as to the Plaintiffs. The Parties shall proceed in accordance with the Settlement Agreement.

The instant action is hereby dismissed with prejudice.  The Court shall maintain jurisdiction over the enforcement of the Parties' Settlement Agreement. APPROVED AND SO ORDERED.

Dated: Honolulu, Hawaii, March 16, 2021.



Kenneth J. Mansfield
United States Magistrate Judge